UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCOTT MICHAEL BAKER                                             PLAINTIFF

v.                                No. 2:17-CV-02136

AUSTIN ERVIN, in his individual
and official capacities, et al.                                             DEFENDANTS

**ORDER**

      Plaintiff has filed a motion (Doc. 31) to dismiss his case without prejudice. Counsel for Separate Defendants Austin Ervin and Bill Hollenbeck has filed a formal response stating his clients do not object to dismissal without prejudice, and Counsel for Separate Defendants Brandon Davis and William C. Dawson has informed the Court by phone that her clients also do not object to dismissal without prejudice. The Court considers dismissal on these terms proper.

      IT IS THEREFORE ORDERED that Plaintiff's motion (Doc. 31) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

      IT IS SO ORDERED this 29th day of August, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE